No. 86–2023.   SHEPARD v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86–2024.   MEYERS ET AL. v. CONTRA COSTA COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–2025.   KING v. TEXAS.   Ct. App. Tex., 14th Dist. Certiorari denied.

No. 86–2026.   DEAVER v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 86–2027.   SOUTHERN FUEL CO. v. LANGHAM-HILL PETROLEUM, INC.   C. A. 4th Cir.   Certiorari denied.

No. 86–2028.   ILLINOIS STATE BOARD OF EDUCATION v. BOARD OF EDUCATION OF THE CITY OF PEORIA, SCHOOL DISTRICT NO. 150.   C. A. 7th Cir.   Certiorari denied.

No. 86–2031.   BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY, ALABAMA, ET AL. v. FOSTER ET AL.   C. A. 11th Cir. Certiorari denied.

No. 86–2032.   DETOMASO v. PAN AMERICAN WORLD AIRWAYS, INC.   Sup. Ct. Cal.   Certiorari denied.

No. 86–2033.   MOLINARI v. MCNEIL PHARMACEUTICAL.   C. A. 3d Cir.   Certiorari denied.

No. 86–2034.   MCGOVREN v. CALIFORNIA.   Ct. App. Cal., 6th App. Dist.   Certiorari denied.

No. 86–2036.   MALATESTA v. COURT OF APPEALS OF THE STATE OF NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 86–2038.   SNYDER v. PENNSYLVANIA JUDICIAL INQUIRY AND REVIEW BOARD.   Sup. Ct. Pa.   Certiorari denied.